UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Ciolko Apkarian, Romana N.

Debtor.

Chapter 7

Case No. 03-17994 LER

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 5 | Gulf State Credit, LLC<br>c/o OSI Portfolio Services, Inc., Bankruptcy Department, P.O. Box 105460<br>Atlanta, GA 30348-5460 | $472.40 | $143.82 |
| 8 | Capital One FSB<br>PO Box 85167<br>Richmond, VA 23285 | $650.84 | $198.15 |

**TOTAL UNCLAIMED DIVIDENDS:**   $ 341.97

Dated: June 2, 2010

MICHAEL J. O'CONNOR
Trustee
O'CONNOR & O'CONNOR, PC, 20 CORPORATE WOODS BLVD
ALBANY, NY 12211-2350
(518) 465-0400